JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 12-0865-AG(JCGx) | Date | August 30, 2012 |
| Title | NATIONAL MERCHANT CENTER INC v MEDIANET GROUP TECHNOLOGIES, INC, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | | Not Present |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [In Chambers] **ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

The complaint in this matter was filed on January 31, 2012. On July 18, 2012, this Court issued a Minute Order which ordered plaintiff to or file a proof of service or show cause in writing on or before August 3, 2012, why this action should not be dismissed for lack of prosecution for failure to prosecute the action diligently. To date, the Court has received no response to the Order to Show Cause and the proof of service has not been filed with the court

     Therefore, the Court ORDERS that this action is dismissed without prejudice for lack of prosecution, and for failure to comply with the Orders of the Court.

|  |  : | 0 |
|---|---|---|
| | Initials of Preparer | lmb |